**Opinion filed May 19, 2011**



# In The

# Eleventh Court of Appeals

_____

## No. 11-11-00103-CR
_____

## ROBBYE MARCELA MURRAY, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 119th District Court**
**Tom Green County, Texas**
**Trial Court Cause No. B-05-0852-S**

### M E M O R A N D U M   O P I N I O N

Robbye Marcela Murray has filed in this court a motion to dismiss her appeal. Pursuant to TEX. R. APP. P. 42.2, the motion is signed by both appellant and her counsel.

The motion is granted, and the appeal is dismissed.

May 19, 2011                                                      PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel[1] consists of: Wright, C.J.,
McCall, J., and Hill, J.[2]

---

[1]Rick Strange, Justice, resigned effective April 17, 2011. The justice position is vacant pending appointment of a successor by the governor.

[2]John G. Hill, Former Justice, Court of Appeals, 2nd District of Texas at Fort Worth, sitting by assignment.